# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-01307-CJC-KES | Date | November 14, 2023 |
| Title | The Ohio Casualty Insurance Company v. California Pacific Annual Conference of The United Methodist Church et al | | |

---

**Present: The Honorable**   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO DEFENDANTS JOHN DOE 7023 & JOHN DOE 7084**

   It is a plaintiff's responsibility to prosecute its case diligently.   That includes, where applicable, promptly (a) filing stipulations extending a defendant's time to respond to the complaint, (b) pursuing default and remedies under Federal Rule of Civil Procedure 55 when a defendant fails to timely respond to the complaint, or (c) dismissing a case the plaintiff has chosen not to pursue for any reason.

   Here, plaintiff filed waivers of service, yet the deadline for **Defendants John Doe 7023 & John Doe 7084** to respond to the Complaint have passed and Plaintiffs have taken no action.   Accordingly, the Court, on its own motion, hereby **ORDERS** Plaintiffs to show cause in writing, no later than **November 17, 2023** why this action should not be dismissed for lack of prosecution.   As an alternative to a written response by Plaintiffs, the Court will consider as an appropriate response to this OSC the filing of one of the following on or before the above date:

1. Plaintiff's Request for Entry of Default as to *all Defendants* or Defendants' Answers;

2. A stipulation extending *all Defendants'* time to respond to the Complaint that complies with Local Rule 8.3, or

3. A Notice of Voluntary Dismissal (Fed. R. Civ. P. 41) as to *all Defendants*.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-01307-CJC-KES | Date | November 14, 2023 |
| Title | The Ohio Casualty Insurance Company v. California Pacific Annual Conference of The United Methodist Church et al | | |

No oral argument will be heard on this matter unless ordered by the Court. The Order will stand submitted upon the filing of a timely and appropriate response. Failure to file a timely and appropriate response to this Order may result in dismissal.

                                                                                                     \_\_\_\_ : \_\_\_\_

Initials of Deputy Clerk    rrp